## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOE ERIC MYRICK, | ) | |
| MISTY DAWN MYRICK, | ) | CASE NO. 20-41128-BEM |
| | ) | |
| DEBTORS, | ) | JUDGE ELLIS-MONRO |

### APPLICATION FOR COMPENSATION

COMES NOW THE LAW OFFICE OF JEFFREY B. KELLY, P.C., counsel of record for the Debtors in the above-styled Chapter 13 case and moves for an order allowing for additional attorney fees to be paid to Counsel for Debtors ("Counsel").

1.

This application is made pursuant to the order of confirmation, General Order No. 6-2006 11 U.S.C. §330 and §503, Rules of Bankruptcy Procedure 2002(a)(6) [the amount requested does not exceed $1,000.00], and Paragraph 4(b) of the Debtors' confirmed plan.

2.

Prior to the filing of the instant case, Counsel and Debtors entered into a contract setting forth the non-base attorney fee being sought herein. Pursuant to Paragraph 4(b) of the Chapter 13 plan confirmed in this case on October 30, 2020, Counsel is entitled to additional compensation, over and above the base fee of $4,800.00, for specific services agreed to by Debtors and rendered on behalf of Debtors, as listed in Paragraph 6 of the "Disclosure of Compensation-Rule 2016(b) (Disclosure Statement) filed in this case.

3.

No agreement has been made directly or indirectly, and no other understanding exists for division of fees between the attorney for Debtors and any other person, firm or corporation.

4.

The basis of this application is that Counsel has obtained an order on an Application to Employ Professional; therefore, Counsel is applying for the agreed upon fee of $300.00 for this service. Specifically, the following Application to Employ Professional service has been performed by Counsel for Debtors at the Debtors' request: consulted with Debtors advising of motion with instructions to Debtors; prepared and filed said motion; attended hearing; and consulted with Debtors regarding the outcome.

5.

Counsel respectfully requests that the additional fees stated above be approved and paid to Counsel in according with the Debtors' confirmed plan.

**WHEREFORE**, Counsel prays:

(a) That this application be filed, read, and considered;

(b) That this Honorable Court grant this application; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully Submitted,

/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Jeffrey B. Kelly, Attorney for Debtors
107 E 5th Avenue
GA Bar. No. 412798
Rome, GA 30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOE ERIC MYRICK, | ) | |
| MISTY DAWN MYRICK, | ) | CASE NO. 20-41128-BEM |
| | ) | |
| DEBTORS, | ) | JUDGE ELLIS-MONRO |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Counsel for the above referenced Debtors has filed an Application for Compensation and related papers with the Court seeking an order granting additional compensation.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Application for Compensation at 10:00am on October 16, 2024 in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 3, 2024

/s/ Jeffrey B. Kelly

Law Office of Jeffrey B. Kelly, P.C.        Jeffrey B. Kelly, Attorney for Debtors
107 E 5th Avenue                             GA Bar. No. 412798
Rome, GA 30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2024 I electronically filed the foregoing Application for Compensation and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

William & Lacey Lockwood
31 Montre Circle SE
Silver Creek, GA 30173

*All creditors on attached matrix*

This 3rd day of September, 2024

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(706) 413-3837 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing         AT&T                                    AT&T Mobilitiy
113E-4                                  P.O. Box 105262                         PO Box 538641
Case 20-41128-bem                       Atlanta, GA 30348-5262                  Atlanta, GA 30353-8641
Northern District of Georgia
Rome
Fri Aug 30 13:09:04 EDT 2024

Auto Cash                               Auto Cash Of Cartersville LLC           Auto Cash of Georgia
328E Main Street                        a/k/a Auto Cash Of Georgia              PO Box 2875
Cartersville, GA 30120-3278             P.O. Box 2875                           Cartersville, GA 30120-1698
                                        Cartersville GA 30120-1698


Bartow County Magistrate Court          Bay Area Credit Service                 Cartersville Medical Center
112 West Cherokee Avenue                1000 Abernathy Road Suite 195           Resurgent Capital Services
Cartersville, GA 30120-3103             Atlanta, GA 30328-5612                  PO Box 1927
                                                                                Greenville, SC 29602-1927


Comcast                                 Commonwealth Finance                    Convergent Outsourcing
707 E 1st Street                        245 Main St                             800 SW 39th Street
Rome, GA 30161-3145                     Scranton, PA 18519-1641                 Renton, WA 98057-4927


Credence Resource Management            Diversified Consultnts                  (p)EQUIFAX  INC
PO Box 2300                             P.O.Box 551268                          1550 Peachtree Street NE
Southgate, MI 48195-4300                Jacksonville, FL 32255-1268             Atlanta, GA 30309


Experian                                (p)GEORGIA DEPARTMENT OF REVENUE        HARBIN CLINIC LLC
PO Box 9701                             COMPLIANCE DIVISION                     C/O NATIONWIDE RECOVERY SERVICE
Allen, TX 75013-9701                    ARCS BANKRUPTCY                         PO BOX 8005
                                        1800 CENTURY BLVD NE SUITE 9100         CLEVELAND, TN 37320-8005
                                        ATLANTA GA 30345-3202


Harbin Clinic, LLC                      Hunter Warfield                         Internal Revenue Service
PO Box 18710                            4620 Woodland Corporate Blvd            PO Box 7346
Belfast, ME 04915-4082                  Tampa, FL 33614-2415                    Philadelphia, PA 19101-7346


Jeffrey Branan Kelly                    Mariner Finance                         Mount Lassen Emerg Phys
Law Office of Jeffrey B. Kelly, P.C.    8211 Town Center DR                     PO Box 13626
107 E. 5th Avenue                       Nottingham, MD 21236-5904               Philadelphia, PA 19101-3626
Rome, GA 30161-1725


Joe Eric Myrick                         Misty Dawn Myrick                       NGRCA
235 South Dixie Ave.                    235 South Dixie Ave.                    PO BOX 1949
Apt. 138                                Apt. 138                                DALTON GA 30722-1949
Cartersville, GA 30120-3953             Cartersville, GA 30120-3953


(p)NATIONWIDE RECOVERY SERVICE          Peoples Finance-Crtv                    Pinnacle Credit Services, LLC
ATTENTION PAULA TILLEY                  8 N Tennessee St                        Resurgent Capital Services
PO BOX 8005                             Cartersville, GA 30120-3340             PO Box 10587
CLEVELAND TN 37320-8005                                                         Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Pioneer Credit Company<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Progress Residential<br>1165 Northchase Parkway<br>Ste 170<br>Marietta, GA 30067-6494 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 |
| Social Security Administration<br>1500 Woodlawn Dr.<br>Baltimore, MD 21241-1500 | Social Security Administration<br>PO Box 3430<br>Philadelphia, PA 19122-0430 | Swiss Colony<br>1515 S 21st St<br>Clinton, IA 52732-6676 |
| Trail Crossing Emergency Phys<br>PO Box 37840<br>Philadelphia, PA 19101-7840 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta,    GA 30303-3309 |
| Charles Watwood Jr.<br>LawBike Motrocycle Injury Lawyers<br>555 Sun Valley Dr.<br>Suite J2<br>Roswell, GA 30076-5608 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 | Nationwide Recovery Serv<br>545 W Inman St<br>Cleveland, TN 37311 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39